☐ Original     ☑ Duplicate Original

**FILED**
DISTRICT COURT OF GUAM

APR 29 2021

JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
### for the
### District of Guam

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
One (1) U.S. Priority Mail Parcel Bearing the Printed
Address of Venessa Victoria Cepeda, 535 Chalan Pale RH
PMB 1014 Yigo GU 96929-2423 (See Attachment A)

)
)
)
)
)
)
)

Case No.
**MJ-20-00113**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure
of the following person or property located in the _____ District of _____ Guam _____
*(identify the person or describe the property to be searched and give its location)*:

One (1) U.S. Priority Mail Parcel Bearing the Printed Address of Venessa Victoria Cepeda, 535 Chalan Pale RH PMB 1014
Yigo GU 96929-2423 (See Attachment A). Property further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substance held in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846.  Items of personal
property tending to identify the person(s) ownership and control of the package which is subject to this warrant.  Proceeds from
the sale of controlled substances.

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 29, 2020 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to __Michael J. Bordallo, United States Magistrate Judge__ .
                                                                          *(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
☑ for  30  days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  10/15/20 3:16 PM   Hon Michael J. Bordallo
                                                          *Judge's signature*

City and state:   Hagatna, Guam                       MICHAEL J. BORDALLO, U.S. Magistrate Judge
                                                          *Printed name and title*

ORIGINAL

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ-20-00113 | 10/15/20 3:58PM | |

Inventory made in the presence of :

USPI TFO J. Calvo

Inventory of the property taken and name(s) of any person(s) seized:

- 8'oclock coffee

- Clear Vacuum Seal Bag

- 907 Grans Methamphetamine

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/15/20
4/29/21 BW

_____
Executing officer's signature

Bynmin Whitzitt Postal Inspector
Printed name and title

4/29/21

ATTACHMENT A

One (1) U.S. Priority Mail package is further described as a package bearing tracking

number 9505 5148 8227 0270 6243 62, with $15.05 in US Postage, and addressed as follow:

FROM:                             TO:
JOHN WRIGHT                       VENESSA VICTORIA CEPEDA
45 77 MERRILL AVE                 535 CHALAN PALE RH
RIVERSIDE CA 92506                PMB 1014
                                  YIGO GU 96929-2423

The CEPEDA  package weighs approximately three pounds, one ounce, and measures

approximately 11" x 8.5" x 5.5".



1

